In the Matter of the Revocation of Temporary Letters of Administration upon the Estate of HARRIET A. CURTIS, Deceased.

HAROLD E. LIPPINCOTT, Temporary Administrator, Appellant; JAMES E. BURR, Respondent.

In the Matter of the Revocation of Temporary Letters of Administration upon the Estate of HARRIET L. CURTIS, Deceased.

HAROLD E. LIPPINCOTT, Temporary Administrator, Appellant; JAMES E. BURR, Respondent.

*Executors and administrators — Surrogate's Court — jurisdiction — Surrogate's Court without jurisdiction to appoint temporary administrator of estate of deceased resident of another county within state.*

*Matter of Curtis* (2 cases), 194 App. Div. 334, affirmed.

(Argued June 7, 1921; decided July 14, 1921.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1921, which reversed a decree of the New York County Surrogate's Court refusing to vacate the appointment of a temporary administrator and directed the revocation of the temporary letters of administration. The Appellate Division held that the decedent in each proceeding was a resident of the county of Orange and the surrogate of the county of New York was without jurisdiction to appoint temporary administrators of their estates.

*William M. Wherry, Jr., Abram I. Elkus* and *Frederic E. Mygatt* for appellant.

*John B. Stanchfield, William V. Saxe* and *Allen W. Corwin* for respondent.

Order in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ. Absent: CRANE, J.